Ryan P. Poscablo
212 506-3921
rposcablo@steptoe.com



1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

> **MEMORANDUM ENDORSED.** Defendant's time to respond to the Complaint is extended to July 14, 2021. The initial pretrial conference currently scheduled for July 9, 2021 is ADJOURNED and will be held instead on August 9, 2021 at 10:00 a.m. by TELEPHONE CONFERENCE. At that date and time the parties are directed to dial the Court's teleconference line at: 888-251-2909 (access code: 2123101).  6/15/2021

June 12, 2021

SO ORDERED.
LEWIS J. LIMAN
United States District Judge

**VIA ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *Milton Williams, et al. v. Jelly Belly Candy Company*
             Case No. 1:21-cv-02207-LJL

Dear Judge Liman:

This firm represents Defendant Jelly Belly Candy Company ("Defendant") in the above-captioned action.

Defendant's current response to the Complaint is due on June 14, 2021. Plaintiff Milton Williams has consented to a 30-day extension of time, until July 14, 2021, for Defendant to respond to the Complaint. This is the first request for an extension of time for Defendant to respond to the Complaint. The parties' next scheduled appearance before the Court is a scheduling conference on July 9, 2021 at 11:00 a.m. (Dkt. No. 9). We therefore write on behalf of both parties to respectfully request an adjournment of this conference to August 9, 2021. The original scheduling conference was scheduled for May 25, 2021, and the Court granted the parties' first request for adjournment on May 17, 2021; accordingly, this is the parties' second joint request to adjourn. (*Id.*). All parties consent to this request.

Thank you in advance for your attention to this matter.

                              Respectfully,

                              */s Ryan P. Poscablo*

                              Ryan P. Poscablo

cc: Counsel of Record